UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| N5 TECHNOLOGIES LLC, | § § | |
| Plaintiff, | § § | C.A. NO. 1:15-cv-1310-CMH-MSN |
| v. | § § | JURY TRIAL DEMANDED |
| SUNTRUST BANKS, INC. and SUNTRUST BANK, | § § § | |
| Defendants. | § § | |

## SUNTRUST BANKS, INC.'S AND SUNTRUST BANK'S CORPORATE FINANCIAL INTEREST DISCLOSURE STATEMENTS

Pursuant to Local Civil Rule 7.1(A) of the Eastern District of Virginia and Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant and Counterclaim-Plaintiff SunTrust Banks, Inc., by and through its counsel, certifies that the following are parents, trusts, subsidiaries and/or affiliates of SunTrust Banks, Inc. that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

> SunTrust Bank Holding Company is a wholly-owned subsidiary of SunTrust Banks, Inc., a publicly traded holding company.

Pursuant to Local Civil Rule 7.1(A) of the Eastern District of Virginia and Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant and Counterclaim-Plaintiff SunTrust Bank, by and through its counsel, certifies that the following are parents, trusts, subsidiaries and/or affiliates of SunTrust Bank that have issued shares or debt securities to the public or own more than ten

percent of the stock of the following:

SunTrust Bank Holding Co. (parent); and SunTrust Banks, Inc. (grandparent).

Dated: December 11, 2015

Respectfully submitted,

**BRYAN CAVE LLP**

By: _____
Rodney F. Page (Va. Bar #12402)
rfpage@bryancave.com
Adam L. Shaw (Va. Bar # 89559)
adam.shaw@bryancave.com
Alec W. Farr (*pro hac vice* pending)
awfarr@bryancave.com
1155 F Street, N.W.
Washington, D.C. 20004
Tele. (202) 508-6000
Facs. (202) 508 6200

David A. Roodman (*pro hac vice* pending)
daroodman@bryancave.com
Nick E. Williamson (*pro hac vice* pending)
nick.williamson@bryancave.com
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tele. (314) 259-2000
Facs. (314) 259-2020

***ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS SUNTRUST BANKS, INC. AND SUNTRUST BANK***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail pursuant to operation of the Court's CM/ECF system this 11th day of December, 2015. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Rodney F. Page
Rodney F. Page