Reset Form    Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:15-cv-1310, Case Name N5 Technologies LLC v. SunTrust Banks, Inc. and SunTrust Bank
Party Represented by Applicant: SunTrust Banks, Inc. and SunTrust Bank

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Nick Edward Williamson
Bar Identification Number 56925    State Missouri
Firm Name Bryan Cave LLP
Firm Phone # (314) 259-2000    Direct Dial # (314) 259-2661    FAX # (314) 259-2020
E-Mail Address nick.williamson@bryancave.com
Office Mailing Address Bryan Cave LLP, 211 N. Broadway, Suite 3600, St. Louis, Missouri 63102
Name(s) of federal court(s) in which I have been admitted U.S. Court of Appeals for the Federal Circuit; U.S. District Courts for the Eastern District of Missouri, District of Colorado and Eastern District of Texas

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Rodney F. Page
(Typed or Printed Name)

12/11/15
(Date)
12402
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)    (Date)